UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JULIO CESAR OVALLE,**

      Plaintiff,

v.                               Case No. SA:20-CV-0676-JKP

**UNITED STATES OF AMERICA,**
**et al.,**

      Defendants.

## FINAL JUDGMENT

The Court has considered the issues presented in this action and rendered its decision. For the reasons stated in the Order Accepting Report and Recommendation of United States Magistrate Judge issued contemporaneously with this Final Judgment, the Court **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P.4(m) and 41(b) for failure of prosecution.

**IT IS SO ORDERED this 11th day of December 2020.**

_____
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**