UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIO CESAR OVALLE, | § § § | |
| *Plaintiff.* | § § | |
| v. | § § | Case No. 5:20-CV-00676-JKP |
| UNITED STATES of AMERICA, DOE C.B.P. AGENTS 1-10, & DOE I.C.E. AGENTS 1-10 | § § § § | |
| *Defendant*s | § § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO REINSTATE

IT IS HEREBY ORDERED THAT Plaintiff's Motion to Reinstate Case No. 5:20-CV-00676 is hereby GRANTED and that this case will be reinstated on the Court's active docket.

SIGNED AND ENTERED ON _____.

_____
**JUDGE PRESIDING**