UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIO CESAR OVALLE, | § § § | |
| *Plaintiff.* | § § | |
| v. | § § | Case No. 5:21-cv-00265-DAE |
| UNITED STATES of AMERICA, DOI C.B.P. AGENTS 1-10, & DOE I.C.E. AGENTS 1-10 | § § § § | |
| *Defendant.* | § § | |

## NOTICE OF DISMISSAL

TO THE HONORABLE JUDGE DAVID A. EZRA:

Plaintiff Julio Cesar Ovalle, though his counsel of record, hereby agrees to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). To the extent necessary due to the nature of the Motion to Dismiss filed by Defendants currently on file, Defendant has also agreed to the Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as indicated by the signature of counsel below. This dismissal is made with prejudice and with each party to bear its own costs.

Dated: May 26, 2021

Respectfully submitted,

**Espinoza Law Firm, PLLC**
10202 Heritage Blvd.
San Antonio, TX 78216
210.229.1300 t
210.229.1302 f
www.espinozafirm.com

*/s/ Javier Espinoza*
_____
**JAVIER ESPINOZA**
Texas Bar No. 24036534
javier@espinozafirm.com
e-service@espinozafirm.com
**LARA BROCK**
Texas Bar No. 24085872
lara@espinozafirm.com

Respectfully submitted,

Ashley C. Hoff
United States Attorney

By: */s/ Faith Johnson Lowry*
Matthew Mueller
Assistant United States Attorney
Texas Bar No. 24095592
Faith Johnson Lowry
Assistant United States Attorney
Texas Bar No. 24099560
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7362 (phone)
(210) 384-7312 (fax)
matthew.mueller@usdoj.gov
faith.johnson@usdoj.gov

Attorneys for Defendant United States of America